AO 94
(10/82)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

# United States District Court

DISTRICT: EASTERN DISTRICT OF CA

**FILED**
OCT 1 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA
v.
Alejandro Sanchez

DOCKET NO.

MAGISTRATE CASE NO. 1:07mj00234

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
[X] indictment  [ ] information  [ ] complaint  [ ] Other (specify)

charging a violation of  21  U.S.C. §  846

DISTRICT OF OFFENSE: Southern District of NY

DATE OF OFFENSE: April 2006

DESCRIPTION OF CHARGES:

Possess with Intent to distribute

*Detention Hearing to be Held in Southern District of NY

BOND IS FIXED AT $ Temporarily detained

DISTRICT: EASTERN DISTRICT OF CA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10/10/2007
Date

DENNIS L. BECK, U.S. Magistrate Judge

---

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |